·IRVING L. DONALDSON v. DEWITT C. ELLSWORTH.

FILED JANUARY 3, 1895.    No. 5433.

Res Adjudicata. The decision of this case is governed by the opinion filed herewith in the case of *Donaldson v. Fisher*, 43 Neb., 260.

ERROR from the district court of Johnson county. Tried below before BABCOCK, J.

*Chamberlain Bros. & Rood*, for plaintiff in error.

*S. P. Davidson* and *J. Hall Hitchcock*, contra.

HARRISON, J.

The questions presented for determination in this case are identical with those of the case of *Donaldson v. Fisher*, 43 Neb., 260. The opinion in that case is adopted in this, and the decision of the district court is

AFFIRMED.